# IN THE COURT OF APPEALS OF IOWA

No. 22-0313
Filed February 8, 2023

**CHARLES ALLEN RICHARDS,**
       Plaintiff-Appellant,

**vs.**

**MARY GREELEY MEDICAL CENTER, CITY OF AMES, IOWA, AMES POLICE OFFICER SPOON, AMES POLICE OFFICER O'BRYAN, LIEUTENANT DAN WALTER and CITY OF AMES POLICE,**
       Defendants-Appellees.

_____

       Appeal from the Iowa District Court for Story County, Amy M. Moore, James A. McGlynn, and John J. Haney, Judges.

       A patient subjected to an emergency hospitalization order appeals the district court's grant of summary judgment to the medical center and to the police on his claims of false imprisonment and false arrest. **AFFIRMED.**

       Charles Richards, Boone, self-represented appellant.

       Cathy S. Trent-Vilim of Lamson Dugan & Murray LLP, Omaha, Nebraska, for appellee.

       Considered by Tabor, P.J., and Schumacher and Chicchelly, JJ.

**TABOR, Presiding Judge.**

A patient subjected to an emergency hospitalization order appeals the district court's grant of summary judgment to the medical center and to the police on his claims of false imprisonment and false arrest. Without opinion, we affirm the district court's December 15, 2021 order granting summary judgment to defendant Mary Greeley Medical Center. Likewise, without opinion, we affirm the district court's October 29, 2021 order granting summary judgment to the City of Ames on behalf of its police department and three officers named as defendants. *See* Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**